IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOSE ENRIQUE MENDIOLA                                                          PLAINTIFF

v.                            Case No. 4:12-cv-00006-KGB

UNITED STATES OF AMERICA                                                     DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order that was entered on this date, it is considered, ordered, and adjudged that this case is dismissed with prejudice.  The relief sought is denied.

SO ADJUDGED this the 31st day of March, 2015.

_____
Kristine G. Baker
United States District Judge